Lamont C. KEMP, Appellant,

v.

STATE of Missouri, Respondent.

WD 78981

Missouri Court of Appeals, Western District.

ORDER FILED: May 30, 2017

Susan L. Hogan, District Public Defender, Kansas City, MO, Attorney for Appellant.

Joshua D. Hawley, Attorney General, and Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division Two: Thomas H. Newton, Presiding Judge, and James Edward Welsh and Karen King Mitchell, Judges

**Order**

Per Curiam:

Lamont Kemp appeals the motion court's judgment denying his Rule 24.035 motion, alleging ineffective assistance of counsel. The motion court rejected Kemp's

argument, finding his allegation "that trial counsel was ineffective for failing to inform him of the deadline for the State's guilty plea offer ... is without merit." Finding no error, we affirm. Rule 84.16(b).